# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Spirit Clothing Company | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-03712-SPG-MAR |
| v. | |
| Kith Retail, LLC | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/15/2022 | 12 | Joint STIPULATION Extending Time to Answer t |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

> Joint Stipulation meets L.R. 8-3 requirement. Document incorrectly notes previous judges initials. The correct information is as follows; CV 22-03712-SPG(MARx).

Clerk, U.S. District Court

Dated: 7/20/2022        By: Patricia Gomez
                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

G-112B (01/07)