JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>KITH RETAIL, LLC, a New York limited liability company;<br><br>            Defendant. | Case No. 2:22-cv-03712-SPG-MAR<br><br>**ORDER** |

## ORDER

In view of the Joint Stipulation Re: Voluntary Dismissal, filed by Spirit Clothing Company ("Spirit") and Kith Retail, LLC ("Kith") (collectively referred to as the "Parties"), it is hereby ORDERED that:

1. The claims in the Complaint filed by Spirit are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
2. The Parties will each bear their own costs and attorneys' fees incurred in connection with this action.

Dated: March 14, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE